

## Public Docket Information

**PHONES FOR ALL, LLC V/S UNITED PARCEL SERVICES, INC**  Case Number: **24CV212747**

### Case Details

| | |
|---|---|
| Type Of Action: | Other Civil-CV |
| Judge: | Miraldi, Judge James |
| Filed On: | 6/17/2024 |

### Parties

| Name | Birth Date | Party | Address | Attorney(s) |
|---|---|---|---|---|
| PHONES FOR ALL, LLC | N/A | P | 237 LAKE AVE<br>ELYRIA, OHIO 44035 | ROYER, CHARLES P<br>BUCKLEY KING, LPA<br>600 SUPERIOR AVE E<br>SUITE 1400<br>CLEVELAND, OHIO 44114 |
| UNITED PARCEL SERVICES, INC | N/A | D | 55 GLENLAKE PARKWAY<br>ATL, GEORGIA 30328 | |

### Filter Docket

☐ Show All  ☐ FILING  ☐ REQUEST

[Filter]

| Date | Type | Description |
|---|---|---|
| 06/17/2024 | FILING | COMPLAINT W/JURY DEMAND FILED. |
| 06/18/2024 | N/A | Filing fee of $300.00, paid by: BUCKLEY KING, LPA |
| 06/21/2024 | N/A | SUMMONS W/COPY OF COMPLAINT SENT CERTIFIED MAIL TO: UNITED PARCEL SERVICES, INC ARTICLE #94147266990422229566867 |
| 07/19/2024 | REQUEST | REQUEST FOR ALIAS SERVICE FILED. |
| 07/25/2024 | N/A | SUMMONS W/COPY OF COMPLAINT SENT CERTIFIED MAIL TO: UNITED PARCEL SERVICES, INC ARTICLE #94147266990422229605597 |
| 08/07/2024 | N/A | Defendant is granted leave until August 15, 2024 to answer or otherwise respond to Plaintiff's Complaint. |

1

Print Docket     Close

FILED
LORAIN COUNTY

2024 JUN 17 P 2: 50

COURT OF COMMON PLEAS
TOM ORLANDO

IN THE COURT OF COMMON PLEAS
LORAIN COUNTY, OHIO

24CV212747

JUDGE JAMES MIRALDI

| | | |
|---|---|---|
| PHONES FOR ALL, LLC<br>237 Lake Avenue<br>Elyria, OH 44035 | )<br>)<br>)<br>) | CASE NO.<br><br>JUDGE |
| Plaintiff, | )<br>) | COMPLAINT FOR DECLARATORY<br>JUDGMENT UNDER THE CARMACK |
| vs. | )<br>) | AMENDMENT, BREACH OF<br>CONTRACT AND NEGLIGENCE |
| UNITED PARCEL SERVICE, INC.<br>55 Glenlake Parkway<br>Atlanta, GA 30328 | )<br>)<br>)<br>) | (Jury Demand Endorsed Hereon) |
| Defendant. | ) | |

Plaintiff, Phones for All, LLC ("Plaintiff"), for its Complaint against Defendant, United Parcel Service, Inc. ("Defendant"), states as follows:

INTRODUCTION

1. Plaintiff is an Ohio limited liability company that purchases cellular phones which are then sold in other countries.

2. Defendant is a corporation that engages in the business of providing shipping services of commodities for companies, such as Plaintiff.

3. Jurisdiction is proper in this Court over Defendant pursuant to Ohio Revised Code 2307.382(A)(1), (2) and (3).

4. Venue is proper in this Court pursuant to Ohio Revised Code 3(C)(12).

## FACTUAL BACKGROUND

5. On or about March 15, 2024, Asim Alzraquat ("Alzraquat"), as an agent for Plaintiff, placed an order with Defendant to ship nine hundred sixty (960) cell phones to Plaintiff. (Documents which evidence the cell phones to be shipped are attached hereto and marked Exhibit "A.")

6. The first order bore three tracking numbers which are as follows:

   1Z24A24Y9126705985
   1Z24A24Y9129218998
   1Z24A24Y9120206203

7. The first order required Defendant to deliver the cell phones in ten (10) boxes.

8. Plaintiff, however, received only seven (7) boxes. Therefore, Defendant failed to deliver three (3) boxes.

9. As a result, Defendant failed to deliver sixty (60) cellular phones (iPhone 12 128GB unlocked mix color) at a value of $208.56 per phone for damages of $12,513.60.

10. The second order for six (6) boxes of cell phones bore tracking number 1ZY310450563228.

11. Defendant failed to deliver one (1) box of one hundred (100) iPhone 11 Pro Max 256GBs from a second order with a value of $290.37 per phone for damages of $29,0237.00.

12. The third order for fifteen (15) boxes of cell phones (iPhone 13 128GB unlocked mix color) had the following six (6) tracking numbers:

> 1Z24A24Y9116069478
> 1Z24A24Y9105907690
> 1Z24A24Y9118947524
> 1Z24A24Y9101236136
> 1Z24A24Y9100995747
> 1Z24A24Y9105358793

13. Defendant failed to deliver six (6) boxes containing one hundred eighty (180) cell phones with a value of $314.25 per phone for damages of $56,565.00.

14. As a result of Defendant's conduct, Plaintiff has incurred losses of $98,115.60.

15. It is obvious that the missing cell phones never left Defendant's UPS facility and have been stolen by Defendant's employees.

16. Plaintiff has formally submitted claims for the missing cell phones to Defendant, but Defendant has refused to compensate Plaintiff for its damages.

COUNT I
Declaratory Judgment

17. Plaintiff restates the allegations contained in paragraphs 1 through 16 of this Complaint as if fully restated herein.

18. This claim is brought pursuant to Ohio Rule of Civil Procedure 57 and Ohio Revised Code § 2721.01, et seq., in order that this Court may determine the rights of the parties under the contract.

19. Upon information and belief, Plaintiff anticipates that Defendant will submit that a damage limitation clause limits the amount of Plaintiff's claim.

20. Plaintiff asserts that any damage limitation clause is under the factual circumstances of this specific case, inapplicable because it is a product of overreaching and an attempt to take unfair advantage over Plaintiff under Ohio law.

21. Plaintiff, therefore, asks this Court to declare that any damage limitation clause identified by Defendant be declared inapplicable to the transactions at issue in this case.

## COURT II
### Carmack Amendment

22. Plaintiff restates the allegations contained in paragraphs 1 through 21 as if fully restated herein.

23. The cell phones purchased by Plaintiff were delivered to Defendant in good condition.

24. Defendant, however, failed to deliver three hundred forty (340) cell phones, and the amount of damages ($98,115.60) is measurable.

25. Plaintiff has submitted an adequate claim of damage to Defendant, but Defendant has failed to compensate Plaintiff for its damages. (See Exhibit "B" attached hereto.)

26. Under the Carmack Amendment, Plaintiff is entitled to compensatory damages of $98,115.60, plus its reasonable attorney fees.

## COUNT III
### Breach of Contract

27. Plaintiff restates the allegations contained in paragraphs 1 through 26 as if fully restated herein.

28. Defendant's failure to deliver the one hundred eighty (180) cell phones constitutes a breach of contract.

29. As a result of Defendant's breach of contract, Plaintiff has been damaged in the amount of $98,115.60.

## COUNT IV
## Negligence

30. Plaintiff restates the allegations contained in paragraphs 1 through 29 as if fully restated herein.

31. Defendant owed Plaintiff the delivery of the cell phones and to ensure that Defendant's own employees did not steal the cell phones.

32. Defendant breached its duty of care to Plaintiff.

33. As a result of Defendant's breach of duty of care to Plaintiff, Plaintiff has been damaged in the amount of $98,115.60.

WHEREFORE, Plaintiff, Phones for All, LLC, requests that this Court award it damages of $98,115.60, reasonable attorney fees and costs and interest at the rate of eight percent (8%) per annum.

Respectfully submitted,

_____
Charles P. Royer (037104)
BUCKLEY KING LPA
1400 Fifth Third Center
600 Superior Avenue East
Cleveland, OH 44114
(ph.) 216-363-1400 • (fax) 216-579-1020
royer@buckleyking.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury on all issues triable to a jury.

_____
Charles P. Royer

10346114

5



**Bell**
Bell Mobility Inc.
P.O. Box 4100 PO A
Etobicoke, ON M9C 0A8

G.S.T./H.S.T. REGISTRATION #889301842 RT0001
Q.S.T. REGISTRATION #1020045201 TQ0001

**Debit memo**

Number/Date
1304351848 / 2024.03.14
Reference number/Date
70479891 / 2024.03.14
Customer number
BSTOCK
P.O.number
T-032410-4 BLL17699
Order reason
Third Party Purchases

**Ship To:** ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH 44035-4958
USA

**Bill To:** ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH 44035-4958
USA

Terms of payment: Due upon receipt   Currency: USD

| Item | Article / Description | Vendor Article | Unit | Quantity Ordered | Unit Price List | Gross Price | Volume Discount | Net Price |
|---|---|---|---|---|---|---|---|---|
| 0010 | 84845 Letter, Trade In Sell Off, B Stock | LTR_TRDIN_SLLOFF_B | EA | 1 | 27,051.00 | 27,051.00 | 0.00 | 27,051.00 |

```
Purchase Order# BLL17699  LOT# T-032410-4 QTY 131
HS Code COO QTY Average Unit Price$ USD
8517.14.0080  China 131 206.50
SKU Description Short model IMEI Faulty? Model Make Grade Qty Locked COO HS Code
102879 iPhone 12 64GB iPhone 12 358503112456158 NFF iPhone 12 Apple B 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 355917842692234 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 359035295142577 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 355984573384365 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353037111594490 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353920964593745 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353050115480194 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353304543199342 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 355984573242449 NFF iPhone 12 Apple B 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353050112471824 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353048116012263 NFF iPhone 12 Apple B 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353051110961329 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353905993502478 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 351183320552507 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 359035290775652 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 355917843104775 NFF iPhone 12 Apple B 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 350400613783859 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353047110927989 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 354047647220915 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 350400614743597 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 359879851813604 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353304543583834 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353560902915863 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 355984573354277 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
102879 iPhone 12 64GB iPhone 12 353045113894024 NFF iPhone 12 Apple C 1 Unlocked China 8517.14.0080
```

**CUSTOMER COPY**   Page 1 of 5



EXHIBIT A



**Bell**

Bell Mobility Inc.
P.O. Box 4100 PO A
Etobicoke, ON M9C 0A8

G.S.T./H.S.T. REGISTRATION #889301842 RT0001
Q.S.T. REGISTRATION #1020045201 TQ0001

**Number/Date**
1304351848/ 2024.03.14

**Bill To :**
ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH  44035-4958
USA

| Item | Article Description | Vendor Article | Unit | Quantity Ordered | Unit Price List | Gross Price | Volume Discount | Net Price |
|---|---|---|---|---|---|---|---|---|
| 102879 | iPhone 12 64GB | iPhone 12 355917840066514 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 358494241239857 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353653123828823 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 350400614268009 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353905996792878 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 350643633921542 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353560902922315 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353304543447857 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353920964143301 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 358503112613501 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 354447422877170 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353905992989940 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353560904458565 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353653123788852 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 355984573398811 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353653121164346 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 351061780878010 NFF | iPhone 12 Apple | B | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 358503110303683 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 355917841048933 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 351365222779219 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353304540621702 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353045119404695 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353045119247821 NFF | iPhone 12 Apple | B | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 351061782600628 NFF | iPhone 12 Apple | B | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 351365223032493 NFF | iPhone 12 Apple | B | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 350400614773719 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353048115026546 NFF | iPhone 12 Apple | B | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353304540308755 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 350400613809712 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 350400614660858 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 358503111436441 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353304543154032 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353304540475687 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353920964456661 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 256GB | iPhone 12 354047644438007 NFF | iPhone 12 Apple | B | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 353050117729614 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |
| 102879 | iPhone 12 64GB | iPhone 12 351109221068285 NFF | iPhone 12 Apple | C | 1 | Unlocked | China | 8517.14.0080 |

**CUSTOMER COPY**        Page 3 of  5



**Bell Mobility Inc.**
P.O. Box 4100 PO A
Etobicoke, ON M9C 0A8

G.S.T./H.S.T. REGISTRATION #889301842 RT0001
Q.S.T. REGISTRATION #1020045201 TQ0001

**Number/Date**
1304351848/ 2024.03.14

**Bill To :**
ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH  44035-4958
USA

| Item | Article Description | Vendor Article | Unit | Quantity Ordered | Unit Price List | Gross Price | Volume Discount | Net Price |
|---|---|---|---|---|---|---|---|---|
| | US T: +2162166887777 Email: assemzraqat@yahoo.com | | | | | | | |

Conversion rate 1 USD =  1.34720 CAD

                                       Invoice Total :    27,051.00

**CUSTOMER COPY**       Page 5 of 5



**Bell**
Bell Mobility Inc.
P.O. Box 4100 PO A
Etobicoke, ON M9C 0A8

G.S.T./H.S.T. REGISTRATION #889301842 RT0001
Q.S.T. REGISTRATION #1020045201 TQ0001

## Debit memo

Number/Date
1304351842 / 2024.03.14
Reference number/Date
70479894 / 2024.03.14
Customer number
BSTOCK
P.O.number
D-032410-51 BLL17736
Order reason
Third Party Purchases

**Ship To:** ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH 44035-4958
USA

**Bill To:** ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH 44035-4958
USA

**Terms of payment:** Due upon receipt     **Currency:** USD

| Item | Article Vendor Article Description | Unit | Quantity Ordered | Unit Price List | Gross Price | Volume Discount | Net Price |
|---|---|---|---|---|---|---|---|
| 0010 | 84845  LTR_TRDIN_SLLOFF_B<br>Letter, Trade In Sell Off, B Stock | EA | 1 | 108,901.00 | 108,901.00 | 0.00 | 108,901.00 |

```
Purchase Order# BLL17736  LOT# D-032410-51 QTY 350
HS Code COO QTY Average Unit Price$ USD
8517.14.0080  China 350 311.15
SKU Description Short model IMEI Faulty? Model Make Grade Qty Locked COO HS Code
105089 iPhone 13 128GB iPhone 13 351680928040017 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 358184141980854 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 358184142663582 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 357329389811573 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 358184141945790 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 357329388696264 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 351680928508450 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 357329389254600 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 351680928826134 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 351548604315625 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 256GB iPhone 13 358184144994985 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 358184142188010 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 256GB iPhone 13 354833961261878 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 356682976201314 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 356682971018119 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 256GB iPhone 13 358184144505039 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 351548604291834 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 351680928424567 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 256GB iPhone 13 358239129395705 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 256GB iPhone 13 351548606569278 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 256GB iPhone 13 351548609753119 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 351548605040818 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 359551275835279 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 256GB iPhone 13 351519632161232 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
105089 iPhone 13 128GB iPhone 13 352873836378632 NFF iPhone 13 Apple C 1 Unlocked China 8517.14.0080
```



Bell-Mobility Inc.
P.O. Box 4100 PO A
Etobicoke, ON M9C 0A8

G.S.T./H.S.T. REGISTRATION #889301842 RT0001
Q.S.T. REGISTRATION #1020045201 TQ0001

**Number/Date**
1304351842/ 2024.03.14

**Bill To :**
ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH  44035-4958
USA

| Item | Article Description | Vendor Article | Unit | Quantity Ordered | Unit Price List | Gross Price | Volume Discount | Net Price |
|---|---|---|---|---|---|---|---|---|
| 105089 | iPhone 13 256GB | iPhone 13 | 351680929649568 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 357492909203182 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 359551275196193 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548602024773 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873834291332 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680922704402 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 356682970785742 NFF | iPhone 13 Apple B 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548609914075 NFF | iPhone 13 Apple B 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 355818453957769 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 356174412683685 NFF | iPhone 13 Apple B 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 357492909324426 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548605884272 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 359551274325975 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873838011603 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680927214084 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548602490099 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548606674748 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680925555157 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680926986856 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 256GB | iPhone 13 | 351680926161385 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 356682974868122 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548602201017 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 256GB | iPhone 13 | 351680929877490 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 357149971205954 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 359551273969971 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351519634885531 NFF | iPhone 13 Apple B 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548606273038 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680923444693 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680928476500 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 350579245478366 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351519632210351 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 356174417477893 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 350579249589739 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548604234990 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184147385124 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 256GB | iPhone 13 | 351680927918734 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548607926618 NFF | iPhone 13 Apple C 1 | Unlocked China | 8517.14.0080 | | |



**Bell Mobility Inc.**
P.O. Box 4100 PO A
Etobicoke, ON M9C 0A8

G.S.T./H.S.T. REGISTRATION #889301842 RT0001
Q.S.T.    REGISTRATION #1020045201 TQ0001

**Number/Date**
1304351842/ 2024.03.14

**Bill To :**
ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH  44035-4958
USA

| Item | Article Description | Vendor Article | Unit | Quantity Ordered | Unit Price List | Gross Price | Volume Discount | Net Price |
|---|---|---|---|---|---|---|---|---|
| 105089 | iPhone 13 128GB | iPhone 13 | 351548607346866 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 357149970584938 NFF | iPhone 13 Apple B | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548608653021 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 350579249305888 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548609636025 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873834193439 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 356682971455675 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873834809034 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548604023732 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548609495810 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184141927533 NFF | iPhone 13 Apple B | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680926383203 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184147965412 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 357492900567270 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873834386389 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548605467441 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548604282429 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873834343455 NFF | iPhone 13 Apple B | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873834795159 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184148291693 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680928364276 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 354833965476357 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680923182277 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 512GB | iPhone 13 | 350579243171286 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548604075914 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680928935406 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873835175484 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351519634331015 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 357492901001071 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 256GB | iPhone 13 | 355818455336442 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873838353054 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548605340879 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184147777791 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184142341213 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 350579249773416 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548607892851 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 356682970063520 NFF | iPhone 13 Apple C | 1 | Unlocked | China | 8517.14.0080 |

**CUSTOMER COPY**      Page 5 of 11



**Bell**

Bell-Mobility Inc.
P.O. Box 4100 PO A
Etobicoke, ON M9C 0A8

G.S.T./H.S.T. REGISTRATION #889301842 RT0001
Q.S.T. REGISTRATION #1020045201 TQ0001

**Number/Date**
1304351842/ 2024.03.14

**Bill To :**
ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH  44035-4958
USA

| Item | Article Description | Vendor Article | Unit | Quantity Ordered | Unit Price List | Gross Price | Volume Discount | Net Price |
|---|---|---|---|---|---|---|---|---|
| 105089 | iPhone 13 128GB | iPhone 13 | 351680925794855 | NFF | iPhone 13 Apple B 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548606941592 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680928320781 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184148817315 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680927628796 | NFF | iPhone 13 Apple B 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680925236568 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 354833966455343 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 354833964004481 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 357492901445419 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184147144000 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184141883314 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680923273522 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184148570401 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873831296078 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873834660973 | NFF | iPhone 13 Apple B 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873835204425 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 359551276138251 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 357329387179627 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548608240340 | NFF | iPhone 13 Apple B 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548606961897 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184142068840 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548608141167 | NFF | iPhone 13 Apple B 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548602247978 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 357492901948073 | NFF | iPhone 13 Apple B 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184148718828 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184141832295 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548609360071 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184142262658 | NFF | iPhone 13 Apple B 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548609107829 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680927785968 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548605894602 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 356174412909759 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548607823583 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351680928729247 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 358184147179501 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 352873834057675 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |
| 105089 | iPhone 13 128GB | iPhone 13 | 351548602345335 | NFF | iPhone 13 Apple C 1 | Unlocked | China | 8517.14.0080 |

**CUSTOMER COPY**    Page 7 of 11



**Bell Mobility Inc.**
P.O. Box 4100 PO A
Etobicoke, ON M9C 0A8

G.S.T./H.S.T. REGISTRATION #889301842 RT0001
Q.S.T. REGISTRATION #1020045201 TQ0001

**Number/Date**
1304351842/ 2024.03.14

**Bill To :**
ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH  44035-4958
USA

| Item | Article Description | Vendor Article | Unit | Quantity Ordered | Unit Price List | Gross Price | Volume Discount | Net Price |
|---|---|---|---|---|---|---|---|---|
| | 105089 iPhone 13 256GB | iPhone 13 | 351680926973755 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 256GB | iPhone 13 | 358184145266698 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 350579244462700 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 355818453180305 NFF | iPhone 13 Apple | B | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 355818455904835 NFF | iPhone 13 Apple | B | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351680926186119 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 350579242364635 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351548606459900 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 355818450111956 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 356174413346944 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 356682970072224 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 350579245262612 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351680928266901 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 356174413583306 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 358184143220119 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351680927226534 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 358184148823412 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 356682971135475 NFF | iPhone 13 Apple | B | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351680929019903 NFF | iPhone 13 Apple | B | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351548608715564 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351548609994390 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351548605983454 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 359628546049912 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 352873834443065 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 256GB | iPhone 13 | 351680926698139 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 352873833617420 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 356682970152711 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351680925506754 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 357149971064385 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351680923010403 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351680927665038 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 352873835925185 NFF | iPhone 13 Apple | B | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 352873834149522 NFF | iPhone 13 Apple | B | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 358184147071328 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 351548602076237 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 352873834000642 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |
| | 105089 iPhone 13 128GB | iPhone 13 | 359551273040690 NFF | iPhone 13 Apple | C | 1 Unlocked | China | 8517.14.0080 |

**CUSTOMER COPY**          Page  9 of  11



Bell Mobility Inc.
P.O. Box 4100 PO A
Etobicoke, ON M9C 0A8

G.S.T./H.S.T. REGISTRATION #889301842 RT0001
Q.S.T.　　　REGISTRATION #1020045201 TQ0001

**Number/Date**
1304351842/ 2024.03.14

**Bill To :**
ELYRIA EXPRESS GAS
ASIM ALZRAQAT
237 LAKE AVE
ELYRIA OH　44035-4958
USA

| Item | Article Description | Vendor Article | Unit | Quantity Ordered | Unit Price List | Gross Price | Volume Discount | Net Price |
|---|---|---|---|---|---|---|---|---|

Conversion rate 1 USD = 1.34720 CAD

　　　　　　　　　　　　　　　　Invoice Total :　108,901.00

**CUSTOMER COPY**　　　Page 11 of 11



Shipper Y31045
Page 3 of 3



# REQUEST FOR CLAIM PAYMENT

Include the lesser of your actual cost of the merchandise, replacement cost or repair cost if repairable. Specify which cost you are including. For future reference, this claim is identified by Claim Number 5351822401A, and Shipper Number Y31045.

| SHIPMENT TO: | ASIM ALZRAQAT<br>ELYRIA EXPRESS GAS<br>237 LAKE AVE<br>ELYRIA OH 44035 |
|---|---|

Shipper Number..........................Y31045
Number of Parcels.......................1
Shipper Reference Number.........TMB_20240207_054
Merchandise................................1 75 apple iphone 11 pro max

Pickup Date...............................02/23/24
Weight.......................................42 LBS
Tracking Identification Number...1ZY310450398588218

Could this merchandise be replaced for your customer?  Yes ___ No ✗
If damaged, is the merchandise repairable?  Yes ___ No ✗
If damaged, UPS may issue a Recovery Call Tag to take possession of the merchandise.

| Quantity | Merchandise Description | Specify Dollar Amount and Indicate Whether Actual, Replacement or Repair Cost |
|---|---|---|
| 100 | iPhone 11 Pro Max 256GB unlocked mixed colors | Actual price $290.37 |

Total Amount Requested: $29,037.50

Please provide a contact name and telephone number in the event further communication is necessary.
CONTACT NAME: Asim ALZRAQAT     PHONE: 216-688-7777

Please provide any additional Tracking Number(s) for the above shipment:
Tracking Number(s):

Claim documentation is no longer accepted via mail or fax.
Please upload your documentation using the links provided on page 1 to access Claims on ups.com.

MMH9HZP:000A0000

**AAY7LNR003**

LDI 27



EXHIBIT B



March 26, 2024
Shipper 24A24Y
Page 7 of 7



## REQUEST FOR CLAIM PAYMENT

Include the lesser of your **actual** cost of the merchandise, **replacement** cost or **repair** cost if repairable. Specify which cost you are including. For reference, this claim is identified by **Claim Number 1536376001B**, and **Shipper Number 24A24Y**.

| SHIPMENT TO: | ASIM ALZRAQAT<br>ELYRIA EXPRESS LLC<br>237 LAKE AVE<br>ELYRIA OH 44035 |
|---|---|

Shipper Number..................24A24Y  Pickup Date................03/15/24
Weight.............................5 LBS  Shipper Reference Number.........17736
Tracking Identification Number...1Z24A24Y9129218998
Merchandise...................... I have 1-10 shipping labels that are missing. I received 7 and I am missing 3 boxes. Each box has 20

Could this merchandise be replaced for your customer? Yes ___ No X
If damaged, is the merchandise repairable? Yes ___ No X
If damaged, UPS may issue a Recovery Call Tag to take possession of the merchandise.

| Quantity | Merchandise Description | Specify Dollar Amount and Indicate Whether Actual, Replacement or Repair Cost |
|---|---|---|
| 60 | Iphone 12 Mixed GB mixed colors and unlocked | Actual amount $208.55 |

Total Amount Requested: $27,320.05

Please provide a contact name and telephone number in the event further communication is necessary.
CONTACT NAME: Asim Alzraqat    PHONE: 216-683-7777

Please provide any additional Tracking Number(s) for the above shipment:
Tracking Number(s):

Claim documentation is no longer accepted via mail or fax.
Please upload your documentation using the links provided on page 1 to access Claims on ups.com.

T890NTFM:000A0000
LDI 09



**AAT1QM3X01**